CHARLES L. PETIT and wife agt. GEO. M. HEWLETT *et al.*, ex'rs, &c.

It is *irregular* for defendant to move *for his costs in attending a circuit* prepared to try, where plaintiff does not bring the cause to trial when called, he should move for *judgment as in case of nonsuit.*

*June Term*, 1846.

MOTION by defendants to be allowed their costs for attending circuit.

The affidavits showed that the cause was noticed by plaintiffs' attorney for the Queens circuit in May last. Defendants attended with their witnesses, prepared to try. On the last day of the circuit the cause was called, and passed, plaintiffs not being present to try it.

[*158]    *PIERPONT POTTER, *defendants' counsel and attorney.*
         J. H. COLLIER, *plaintiffs' counsel.*
NN       A. P. RALPH, *plaintiffs' attorney.*

JEWETT, Justice. Denied the motion with costs, on the ground that the motion was *irregular.* Defendants should have moved for *judgment as in case of nonsuit.*